**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 10-10680
Summary Calendar

United States Court of Appeals
Fifth Circuit

**F I L E D**
December 28, 2011

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

FREDDIE EARL HAYES,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:00-CR-47-1

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Freddie Earl Hayes appeals the district court's judgment revoking his term of supervised release and sentencing him to 18 months of imprisonment. He argues that the district court plainly erred in considering punishment in imposing his sentence. During the pendency of this appeal, Hayes completed his sentence of imprisonment, and he has no further term of imprisonment or supervised release to serve. The appeal is, therefore, moot. *See Spencer v.*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-10680

*Kemna*, 523 U.S. 1, 7, 14 (1998); *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987).  Accordingly, the APPEAL IS DISMISSED.